**No. 40722.**—Protests 965124–G, etc., of L. A. Solomon & Bro. et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40723.**—Protest 947841–G of Henry Amdur & Sons, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Oppleman* v. *United States* (C. D. 42) the mineral specimens in question were held entitled to free entry under paragraph 1719 as claimed.

**No. 40724.**—Protest 970923–G of K. K. Importing Corp. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of hones the same as those passed upon in Abstract 36742. The claim for free entry under paragraph 1692 was therefore sustained.

**No. 40725.**—Protest 948743–G/87848 of Oscar Leistner, Inc. (Chicago).

Opinion by KEEFE, J. It was established that the sick feeders in question are sold only to hospital supply houses and wholesale druggists and are used for the purpose of feeding bed-ridden sick people. The sample is a receptacle having a handle on one side and a spout opposite through which liquid food may be taken by a person while in a reclining position, which is its sole use. The evidence established that they are not included within the common meaning of the terms "tableware, kitchenware, and table and kitchen utensils." They were therefore held not subject to the duty of 10 cents per dozen pieces as claimed.

**No. 40726.**—Protest 968860–G of Kwong Yuen & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 and metal stands at 45 percent under paragraph 397 as claimed.

**No. 40727.**—Protests 947000–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 40728.**—Protests 960449–G, etc., of Victor Cory Co. et al. (New York).

Opinion by KEEFE, J. On the authority of *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.